IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  8:25-cr-451(AJB) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **DANIEL LANFRIT,** | ) | Violations:   18 U.S.C. § 2252A(a)(5)(B) |
| | ) | & (b)(2) |
| | ) | [Possession of Child |
| **Defendant.** | ) | Pornography] |
| | ) | |
| | ) | 2 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:   Clinton |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNTS 1 and 2**
[**Possession of Child Pornography**]

On or about February 18, 2025, in Clinton County in the Northern District of New York, the defendant, **DANIEL LANFRIT**, did knowingly possess material containing one or more image files of child pornography that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that were produced using materials that had been shipped and transported in an affecting such commerce by any means, including by computer, that is, the following electronic devices, each corresponding to a separate Count, each manufactured outside the State of New York, and each containing one or more visual depictions of minors engaged in sexually explicit conduct:

| Count | Device |
|---|---|
| 1 | An Apple iPad, 9th Generation, model number J181AP, serial number JP7X220CKQ, manufactured in Japan |
| 2 | An Apple iPhone 16 Pro, model number MYMG3LL, serial number LH0X9P0CM0, manufactured in Malaysia |

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Each Count involved images of child pornography involving one or more prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253(a)(3).

Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in Counts 1 and 2, the defendant, **DANIEL LANFRIT**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2252(a)(3), any property, real and personal, used and intended to be used to commit and to promote the commission of the offenses of conviction, or any property traceable to such property, including, but not limited to:

a) An Apple iPad, 9th Generation, model number J181AP, serial number JP7X220CKQ; and

b) An Apple iPhone 16 Pro, model number MYMG3LL, serial number LH0X9P0CM0.

Dated: October 3, 2025                         JOHN A. SARCONE III
                                               Acting United States Attorney

                               By:    */s/ Carling Dunham*
                                      Carling Dunham
                                      Assistant United States Attorney
                                      Bar Roll No. 703858